Matter of Boyle (2025 NY Slip Op 04954)





Matter of Boyle


2025 NY Slip Op 04954


Decided on September 11, 2025


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:September 11, 2025

PM-202-25
[*1]In the Matter of Kevin R. Boyle, an Attorney. (Attorney Registration No. 5346291.)

Calendar Date:September 8, 2025

Before:Garry, P.J., Clark, Pritzker, Reynolds Fitzgerald and McShan, JJ.

Kevin R. Boyle, Media, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.



Per Curiam.
Kevin R. Boyle was admitted to practice by this Court in 2015 and lists a business address in Philadelphia, Pennsylvania with the Office of Court Administration. Boyle now seeks leave to resign from the New York bar for nondisciplinary reasons (see  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Boyle's application.
Upon reading Boyle's affidavit sworn to July 14, 2025 and filed July 16, 2025, and upon reading the August 26, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Boyle is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Clark, Pritzker, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that Kevin R. Boyle's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Kevin R. Boyle's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kevin R. Boyle is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Boyle is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kevin R. Boyle shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.









